# EXHIBIT A





Hi! Sign in or register | Daily Deals | Gift Cards | Help & Contact    Sell | My eBay



# ebay

Shop by category

Search for anything    All Categories    Search    Advanced

Back to search results | Listed in category:  Toys & Hobbies > Puzzles > Contemporary Puzzles > Brain Teasers & Cube/Twist >
See more Fidget Cube Anxiety Stress Relief Focus Gift A...

Add to watch list

Meet the New eBay Mastercard®
Earn up to 5X points, and their whole list is in reach.    Learn More →

**People who viewed this item also viewed**

|  |  |  |  |  |
|---|---|---|---|---|
| SPONSORED New Fidget Cube $3.99 Free shipping | Mini Magic Fidget Cube Anti-anxiety $3.78 Free shipping | Black Fidget Cube Anxiety $4.88 Free shipping | Fidget Cube Anxiety Stress $1.29 + $2.99 | Fidget Cube Anxiety Stress $4.95 Free shipping |

🏷️ **EXTRA 20% OFF 3+ ITEMS**   See all eligible items ►



Fidget Cube Anxiety Stress Relief Focus Gift toys Adults Kids Attention Therapy

★★★★☆  46 product ratings

Condition: New
Quantity: 1  4 available

List price: $15.00
You save: $9.20 (61% off)
Now: US $5.80

Buy It Now
Add to cart
Add to watch list

Free shipping | 30-day returns | 61% savings



Have one to sell? Sell now




Shipping: FREE ePacket delivery from China | See details
See details about international shipping here.
Item location: Guangzhou, China
Ships to: Worldwide  See exclusions

Delivery: 📦 Estimated between Sat. Dec. 15 and Mon. Jan. 7 ⓘ
Please note the delivery estimate is greater than 7 business days.

Payments: PayPal VISA Mastercard American Express Discover

PayPal CREDIT
Special financing available.  Apply Now | See terms

Returns: 30 day returns. Buyer pays for return shipping | See details

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
amazing5c (4342 ★)
98.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items



Your First Perk: A $50 Gift Card.
Get rewarded when you use the new eBay Mastercard®.
Learn More →



**Frequently Bought Together** 1/2    Feedback on our suggestions

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| SPONSORED Fidget Pen Finger Hand Spinner Metal Roller Ball... $3.98 Free shipping | SPONSORED Black Fidget Cube Anxiety Stress Relief Focus Gift A... $2.95 + $3.95 | Camouflage FORSET Fidget Cube Anxiety Relie... $5.88 Free shipping | Magic Fidget Cube Anxiety Stress Relief Focus 6-side... $2.99 Free shipping | Black Fidget Cube Anxiety Stress Relief Focus Gift A... $10.99 Free shipping | 6Pcs/Lot Tri Spinner Fidget Finger Spin Stress Hand... $15.99 Free shipping |

Description | Shipping and payments    Report item

eBay item number: 263588995470

Seller assumes all responsibility for this listing.
Last updated on Nov 29, 2018 19:34:19 PST  View all revisions

**Item specifics**

| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's listing for full details. See all condition definitions | Brand: | Unbranded |
|---|---|---|---|
| Country/Region of Manufacture: | China | MPN: | Does not apply |

07/12/2018     Fidget Cube Anxiety Stress Relief Focus Gift toys Adults Kids Attention Therapy 6908923144204 | LeBay...

Case: 1:21-cv-03289 Document #: 88-1 Filed: 06/15/21 Page 63 of 130 PageID #:4633

| UPC: | Does not apply |
|---|---|

### Please leave a note/mail for the color you want or we will send Randomly

**Description**:

Some people can not keep their fingers still. There are always something in their hands, such as pens and coins. With this six-side fidget cube, you could have multi choices to keep your fingers busy.

**Features:**

Provides a tangible way to capture your floating attention
Designed to help you focus, fidget at work, in class and at home in style
Perfect item to release stress, anxiety and boredom

Material: ABS
6 Modes: Click/Glide/Flip/Breathe/Roll/Spin
Color: Gray+Black/Black+Red/Black+Green/White+Black/White+Blue/White+Rose(please tell us the color you want after you pay,or we will send a random,thanks!)

**Package Includes:**
1 x fidget toy



Powered by SoldEazy

    

---

## Ratings and Reviews     Write a review

| 4.0 | ★5 | 26 | 67% | 85% | 66% |
|---|---|---|---|---|---|
| ★★★★ | ★4 | 6 | Would recommend | Good value | Good quality |
| 46 product ratings | ★3 | 7 | | | |
| | ★2 | 4 | | | |
| | ★1 | 3 | | | |

**Most relevant reviews**     See all 32 reviews


by **georgef5886**
May 06, 2017

**This toy does nothing very well**
toy has two working parts -- a little yellow rocker switch and one button that one can press and release. Instead of relieving my stress the toy added to it. Trie figure out what I was missing and finally realized I was missing the money I paid. Attractive looking but does do its job. Not recommended

Verified purchase: Yes | Condition: New | Sold by: funtoycrew

(2) (0) !


by **s.ccst.nmuyjc5h**
May 20, 2017

**Fidgeters**
Honestly the concept is valuable for fidgeters, however, I would consider this item as a toy at best. It's not smooth operating at all. A person that fidgets, wants instant gratification, and this item is not even close to the mark.

Verified purchase: Yes | Condition: New | Sold by: funtoycrew

(0) (0) !


by **daniela_knowles**
Jan 26, 2017

**Amazing**
Ordered this product three days ago and it came in already! Durable product and love the suprise with the colour!!

Verified purchase: Yes | Condition: New | Sold by: chachashop2

(0) (0) 

Case: 1:21-cv-03289 Document #: 88-1 Filed: 06/15/22 Page 64 of 130 PageID #:4631

★★★★★
by **naveejawe-0**
Mar 19, 2018

**Good work nice thing**

Finally i received my parcel its good as mentioned in the pic and said in the desription
But deliver in a month it takes too much time too deliver but the thing is same as mentioned i really loved it
Thanks

    

Verified purchase: Yes | Condition: New | Sold by: ranruidianzi

👍(0)  👎(0)  !

★★★★★
by **beebabe25-9**
Dec 08, 2017

**As described**

Shipped quick for Hong Kong! My kids love these things lol
Verified purchase: Yes | Condition: New | Sold by: heyixing01

👍(0)  👎(0)  !

---

### People were also interested in

   

| | | | | | |
|---|---|---|---|---|---|
| 6Sides Fidget Cube Anxiety Stress Relief Focus Gift A… | Magic Fidget Puzzle Cube Anti-anxiety Adults Stress… | Camouflage FORSET Fidget Cube Anxiety Relie… | 1PC Fidget Cube Desk Stress Anxiety Relief Focu… | Fun Fidget Cube Desk Toy 6 Sided Adults Children Stre… | Fidget Cube Pressure Relief Helper Anti Stress Rubik's… |
| $3.77 Free | $5.66 Free | $5.88 Free | $3.78 Free | $3.78 Free | $4.48 + $0.30 |

---

### People who viewed this item also viewed  1/2

Feedback on our suggestions

     

| | | | | | |
|---|---|---|---|---|---|
| Mini Magic Fidget Cube Anti-anxiety Adults Focus… | Fidget Cube Anxiety Stress Relief Focus Attention Th… | Black Fidget Cube Anxiety Stress Relief Focus Gift A… | Fidget Cube Anxiety Stress Relief Focus Gift Adults Ki… | New Fidget Cube Anxiety Stress Relief Focus Gift At… | Mini Magic Fidget Cube Anti-anxiety Adults Focus… |
| $3.78 Free shipping | $1.29 + $2.99 | $4.88 Free shipping | $4.95 Free shipping | $3.99 Free shipping Popular | $3.78 Free shipping |

Back to search results  |  See More Details about "Fidget Cube Anxiety Stress Relief Focus Gift Adults Ki..."    Return to top

**More to explore :** fidget toys, stress relief eucalyptus spearmint, Stress Relief Dog Vitamins & Supplements, aromatherapy stress relief, bath and body stress relief, Stress Relief Cat Supplies, Stress Relief Adult Dog Vitamins & Supplements, Fidget In other Sensory Toys, Fidget Toys In other Sensory Toys, Stress Relief Vetoquinol Adult Dog Vitamins & Supplements

About eBay  Announcements  Community  Security Center  Resolution Center  Seller Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice








07/12/2018 Fidget Cube Anxiety Stress Relief Focus Gift toys Adults Kids Attention Therapy 6908923144204 | LeBay...

Case: 1:21-cv-03289 Document #: 88-1 Filed: 06/15/21 Page 6 of 13 PageID #:4633

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | ePacket delivery from China | Estimated between **Sat. Dec. 15 and Mon. Jan. 7** |
| US $35.99 | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Tue. Dec. 11 and Tue. Dec. 18** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

**Handling time**

Will usually ship within 1 business day of receiving cleared payment.

## Return policy

| After receiving the item, contact seller within | Refund will be given as | Return shipping |
|---|---|---|
| 30 days | Money back or replacement (buyer's choice) | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

**Payment method**



### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

## Ratings and Reviews

Write a review

**4.0**
★★★★☆
46 product ratings

| ★5 | 26 |
| ★4 | 6 |
| ★3 | 7 |
| ★2 | 4 |
| ★1 | 3 |

**67%** Would recommend
**85%** Good value
**66%** Good quality

### Most relevant reviews

See all 32 reviews


by **georgef5886**
May 06, 2017

**This toy does nothing very well**
toy has two working parts -- a little yellow rocker switch and one button that one can press and release. Instead of relieving my stress the toy added to it. Trie figure out what I was missing and finally realized I was missing the money I paid. Attractive looking but does do its job. Not recommended
Verified purchase: Yes | Condition: New | Sold by: funtoycrew

👍(2)  👎(0)  !


by **s.ccst.nmuyjc5h**
May 20, 2017

**Fidgeters**
Honestly the concept is valuable for fidgeters, however, I would consider this item as a toy at best. It's not smooth operating at all. A person that fidgets, wants instant gratification, and this item is not even close to the mark.
Verified purchase: Yes | Condition: New | Sold by: funtoycrew

👍(0)  👎(0)  !


by **daniela_knowles**
Jan 26, 2017

**Amazing**
Ordered this product three days ago and it came in already! Durable product and love the suprise with the colour!
Verified purchase: Yes | Condition: New | Sold by: chachashop2

👍(0)  👎(0)  !








Hi! Sign in or register | Daily Deals | Gift Cards | Help & Contact                                 Sell | My eBay

ebay      Shop by category       Search for anything       All Categories       Search   Advanced

**amazing5c** (4342★)
98.3% positive feedback

♡ Save

My account is new, but the service、product and price I offer you are competitive and attractive!!!

☐ Items for sale   🏬 Visit store   ✉ Contact

**Feedback ratings** ⓘ

★★★★★ 2,076   Item as described
★★★★★ 2,084   Communication
★★★★★ 2,143   Shipping time
★★★★★ 2,203   Shipping charges

⊕ 2,537 Positive     ◯ 32 Neutral     ⊖ 45 Negative

Feedback from the last 12 months

⊕ great item
    Dec 06, 2018

See all feedback

70 Followers | 0 Reviews | 11,252 Views | Member since: Apr 07, 2016 | ⌖ China

## Items for sale (6136)

See all items


Coke Can Mini R...
US $9.99                  7d left


6Pcs 12" EMOJI ...
US $8.39                  9d left


5PCS 16mm Dice ...
US $12.29                 9d left


5 PCS/ Set Dice...
US $12.29                 22d left

Disney The Nigh...
See details               23d left

## Following

**Members**

tomtop.wholesaler
11 collections . 15,093 followers

## Followers (70)



About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



Hi! Sign in or register | Daily Deals | Gift Cards | Help & Contact | December Dozen 12 Days of Steals! | Sell | My eBay



Shop by category | Search this Store [This Store ▼] Search  Advanced

eBay > eBay Stores > Amazing_3C





# Amazing_3C

70 followers | amazing5c (4342 ★) 98.3%

My seller's account is new, but the service、product and price I offer you are competitive and attractive!!!

♡ Save this seller

## Category

**All**
Phone Tablet Case
LED Strips
Motorcycle Part
Car Light
For Amazon Kindle
Toy
Computers/Tablets & Networking
Home & Garden
Health & Beauty
Other Fashion Accessories
Car Consumer Electronics
eBay Motors
Sporting Goods
Business & Industrial
Other

All Listings | Auction | Buy It Now

1-48 of 1,134 Results

Sort: Best Match ▼  ⊞ ▼

 Stretch Chair Sofa Love Seat Covers 1 2 3 Seater Protector Couch Cover Slipcover
$5.69 to $26.55
Was: $39.99
Free shipping

 Universal Car Audio Tape Cassette To Jack AUX For IPod CD MD iPhone 3.5mm US
Simply connect the cable into your player's headphone jack, pop the cassette adaptor into your car's cassette player and all of your music is now playing through car's audio system. Enjoy your music and share with the whole car for the entire trip.
$5.59
Free shipping
or Best Offer
384 sold

 US Shockproof Robot Tablet Case Cover for Samsung Galaxy Tab 3/E Lite 7" SM-T113
$9.49 to $10.12
Was: $10.65
Free shipping
 141 sold

 4x Charger Batteries Battery Station For Nintendo Wii Remote Control Recharge
Compatible with: For Nintendo Wii. LED light glow from the base of the dock station to show the batteries charging status. Dock both of your remote and plug it into any USB port. No need to remove the battery!
$13.69
Free shipping
or Best Offer
19 watching

 For Wii Remote Controller White Charger Station with LED & 4X Battery Pack
LED light glow from the base of the dock station to show the batteries charging status. Never run out of battery power when you are about to score the winning point with this 4 charging station for Nintendo Wii.
$13.99
Was: $22.93
Free shipping
or Best Offer
43 sold

 US ship Shockproof Robot Back Case Cover for Samsung Galaxy Tab 3/E Lite 7" inch
$9.99 to $10.65
Free shipping
40 sold

 Winter Elastic Slipcover Solid Thick Plush Sectional Sofa Couch Covers Protector
$22.29 to $40.99
Free shipping

 Shockproof Case for Apple iPad 2 3 4 5 6 Air Mini Heavy Duty Cover W/ Hard Stand
$3.99 to $13.08
Was: $10.34



Amazing, 3C, LeBay Stores

Case 1:21-cv-03289-Document ## 88-File 06/5/812122 age 2 75 of 518 PageID #: 6757


Free shipping


Printing Printed 1/2/3/4 Seater Sofa Covers Home Protector Decor Couch Slipcover
$6.51 to $26.55
Was: $49.19
Free shipping


12-20" Universal Kids Bicycle Stabiliser Children Training Bike Wheels LED Light
$13.25 to $14.45
Was: $29.99
Free shipping


US stock Lot 6/12X 3W/7W/12W LED Downlight Ceiling Recessed Light Bulb Home Lamp
$19.59 to $56.99
Free shipping
6 watching


Smart Cover for Apple iPad Air/iPad Air 2 Magnetic Leather Cover & Hard Case lot
$2.89 to $12.68
Free shipping
3 watching
From China


Kid Miraculous Ladybug Cosplay Costume+Mask+Bag Jumpsuit Tight Party Fancy Dress
$14.25
Was: $39.99
Free shipping


Frame Hanger Easy Wall Hanging Tool Hang & Level Makes Picture Hanging Easy Hang
$7.25 to $47.99
Was: $10.99
Free shipping
55 sold


Soft Microfibre Shaggy Anti Slip Absorbent Bath Mat Bathroom Shower Rugs Carpet
$5.69 to $8.54
Was: $19.99
Free shipping


9V Garage Safe-Light Auto Parking System Assist Distance Stop-Aid Guide Sensor
The Striker Adjustable Garage Parking Sensor is designed to take the guess work out of parking your car in tight garage spaces. Simply mount the sensor unit in front of the car at bumper level. Then mount the signal light in a position easily viewed from the...
$23.85
Was: $69.99
Free shipping
or Best Offer


Underwater Submersible Aquarium Fish Tank Light Color Changing LED+ RC Remote US
$4.25 to $25.99
Free shipping


Heavy Duty Shockproof Tough Hard Case Cover For APPLE iPad 4 3 2 Air&Mini lot
$0.99 to $15.99
Free shipping
From China


Queen King Double Microfiber Flannel Blanket Throw Bed Home Soft Warm Cozy Plush
$8.25 to $22.25
Was: $59.99
Free shipping


Hybrid Heavy Duty Rubber Shockproof Hard Case Cover For iPad 2 3 4 Air Mini lot
$8.70 to $15.99
Free shipping
10 sold
From China

Stretch Elastic Round Bar Stool Cover Fabric Chair Furniture Seat Replacement
$6.35
Free shipping


lot Hybrid Shockproof Heavy Duty Rubber Protector Case Cover for iPad Mini Air
$7.16 to $15.99
Free shipping
From China


US Ship 6/12X 3W/7W/12W LED Downlight Ceiling Recessed Light Bult Lamp 110-220V
$19.59 to $56.99
Free shipping
17 sold


Aluminum Mountain Road MTB Bike Cycling Seatpost 27.2/ 31.6mm Seat Post Tube US
$12.99 to $13.59
Free shipping


Lot Colorful Kraft Paper Gift Bag Shop Loot W Handles Xmas Wedding Party Package
5.25"x3.25"x8"& 8"x4.75"x10" &10"x5"x13" 25/50/100PCS
$0.99 to $18.00
Free shipping



4X Battery Pack for Nintendo WII Remote Controller 4 Port Charging Dock Station
Black / White 4*2800mah Battery + Charger + Cable
$13.85
Free shipping


Silicone Bottle Brush Bottle Scrubbing Milk Nursing Feeding Bottle Cleaning Tool
$7.45
Was: $19.99
Free shipping


Stoppy Rubber Door Stop Jam Doorstops Wedge Window Stopper Block Floor Carpet US
$5.99
Was: $19.99
Free shipping


Charger Station + 4X Batteries Pack For Nintendo Wii Remote Control Black White
$14.15 to $16.16
Was: $19.13
Free shipping


4-40 X AA 4600mAh Rechargeable Battery 1.2V BTY Cell Ni-MH High Capacity Light
$7.95 to $77.99
Was: $15.99
Free shipping


18"-30" Anti Scratch Waterproof Dustproof Luggage Suitcase Protector Bag Cover
$7.59 to $12.19
Was: $15.99
Free shipping


1X Charger Docking Station + 4X Rechargeable Batteries For Nintendo WII Remote
LED light glow from the base of the dock station to show the batteries charging status. - Never run out of battery power when you are about to score the winning point with this 4 charging station for Nintendo Wii.
$14.29
Was: $19.84
Free shipping
or Best Offer
45 sold


Safe Silicone Brush Bottle Cup Mug Glass Washing Cleaning Kitchen Cleaner Tool
$7.45
Was: $19.99
Free shipping


40/100X Twist Pins for Upholstery Sofa Couch Chair Slipcover Bedskirt Drapery
$5.31 to $7.21
Was: $9.99
Free shipping


US Heavy Duty Shockproof Tablet Back Case Cover For Apple iPad 234 Mini 123 Air
$8.63 to $11.24

Hi! Sign in or register | Daily Deals | Gift Cards | Help & Contact                    December dozen 12 Days of Steals!                    Sell | My eBay

# ebay

Shop by category

[ fidget cube ] [ All Categories ▼ ] [ Search ]  Advanced

Items for sale from  amazing5c  (4342 ★) |  ♡ Save this seller | Show results from all sellers         ☐ Include description

## Categories
**Toys & Hobbies**
Brain Teasers & Cube/Twist Puzzles

### Format — see all
● All Listings
○ Auction
○ Buy It Now

### Brand — see all
### Shop For — see all
### Guaranteed Delivery — see all
● No Preference
○ 1 Day Shipping
○ 2 Day Shipping
○ 3 Day Shipping
○ 4 Day Shipping

### Condition — see all
☐ New (1)

### Price
$ [   ] to $ [   ] »

### Item Location — see all
○ Default
○ Within [100 miles ▼] of [60004] »
○ US Only
○ North America
● Worldwide

### Delivery Options — see all
☐ Free shipping

### Show only — see all
☐ Free Returns
☐ Returns accepted
☐ Completed listings
☐ Sold listings
☐ Deals & Savings

**More refinements...**

### See also
Lego Mindstorms NXT 2.0 (8547)
Traxxas E-Revo Brushless 5608 Radio Controlled Truck
Lego Mindstorms NXT (8527)
Lego The Lion CHI Temple (70010)
Lego Star Wars AT-AT Walker (8129)

More popular products

#### Seller Information
**amazing5c** (4342 ★)
Feedback rating: 4,342
Positive Feedback: 98.3%
Member since Apr-07-16 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
🏬 Amazing_3C

### Recently viewed items



---

All Listings | Auction | Buy It Now                    Sort: [Best Match ▼]  View: [☰ ▼]

**1** result for **fidget cube**                    ♡ Save this search                    Guaranteed 3 day delivery ⊙

Worldwide ✕



**Fidget Cube Anxiety Stress Relief Focus Gift toys Adults Kids Attention Therapy**
Brand New
**$5.80**
List price: $15.00
Buy It Now
Free Shipping

From China

Tell us what you think



Case 1:21-cv-03299 Document #: 88 Filed: 06/15/22 Page 278 of 503 PageID #:4740